Electronically Filed
 Supreme Court
 SCWC-12-0000535
 03-OCT-2013
 10:31 AM

 SCWC-12-0000535

 IN THE SUPREME COURT OF THE STATE OF HAWAI'I

 MATHEW S. MICKELSON,

 Respondent/Plaintiff-Appellee,

 vs.

 UNITED SERVICES AUTOMOBILE ASSOCIATION,

 Petitioner/Defendant-Appellant. 

 CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

 (CAAP-12-0000535; CIV. NO. 99-1856-05)

 ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI

(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

 The application for writ of certiorari filed on August

 20, 2013 by Petitioner United Services Automobile Association is

 hereby rejected.

 DATED: Honolulu, Hawai'i, October 3, 2013.

 Kevin P.H. Sumida and /s/ Mark E. Recktenwald

 Ward F.N. Fujimoto,

 for petitioner /s/ Paula A. Nakayama

 Gregory W. Kugle and /s/ Simeon R. Acoba, Jr.

 Tred R. Eyerly,

 for respondent /s/ Sabrina S. McKenna

 /s/ Richard W. Pollack